IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SANDRA K. WALLER, | ) |
| | ) |
| Plaintiff, | ) NO. 3:11-01084 |
| | ) JUDGE HAYNES |
| v. | ) |
| | ) |
| PEARSON EDUCATION, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Based upon the parties' joint stipulation of dismissal of all claims with prejudice (Docket Entry No. 15), this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___ day of July, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SANDRA K. WALLER, )
)
    Plaintiff, )
)
v. ) No. 3:11-01084
) JUDGE HAYNES
)
PEARSON EDUCATION, INC. )

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties hereby submit this Stipulation of Dismissal, with prejudice. Plaintiff's claims shall be dismissed, with each party to bear its own costs and attorney's fees.

s/James L. Harris
James L. Harris No. 014173
Robert J. Shockey No. 2092
Attorney at Law
2400 Crestmoor Road
Nashville, Tennessee 37215
Phone 615-260-3677
Fax 615-297-6855
jhar401@comcast.net

Attorneys for the Plaintiff,
Sandra Waller

s/ C. Eric Stevens
C. Eric Stevens No. 016032
LITTLER MENDELSON, P.C.
3200 West End Avenue
Suite 500
Nashville, TN 37203
Phone 615-383-3316
Fax 615-691-7807
estevens@littler.com

Attorneys for the Defendant,
Pearson Education, Inc.