UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SANDRA KAY WALLER | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:11cv01084 |
| | ) | Judge Haynes |
| v. | ) | |
| | ) | |
| PEARSON EDUCATION, INCORPORATED | ) | |
| | ) | |
| Defendant. | ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on July 13, 2012.

    KEITH THROCKMORTON, CLERK

    s/   Hannah Blaney